UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Isaac Myers,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jefferson Capital Systems, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:13-cv-01216-CAS-MRW<br><br>[PROPOSED] ORDER |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: November 27, 2013

*Christina A. Snyder*

Judge: Hon. Christina A. Snyder